UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.H., et al.,

      Plaintiffs,                                   Case No. 1:25-cv-00680-HYJ-PJG

v.                                                Hon. Hala Y. Jarbou

EAST LANSING PUBLIC SCHOOLS, et al.,

      Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above-captioned case was filed in this court on June 20, 2025 . The case has been assigned to Hala Y. Jarbou .

                                              CLERK OF COURT

Dated: June 23, 2025         By:   /s/ N. Stimec_____
                                                    Deputy Clerk