UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.H., et al.,

    Plaintiffs,

v.

EAST LANSING PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

Case No. 1:25-cv-680

Hon. Hala Y. Jarbou

## ORDER

Plaintiffs seek additional time to respond to the Court's order to show cause. Upon consideration,

**IT IS ORDERED** that Plaintiffs' motion for an extension of time (ECF No. 6) is **GRANTED**. Plaintiffs' new deadline for responding to the order is **July 11, 2025**.

Dated: June 26, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE