# EXHIBIT 5

Patrick Henke, 1st gr.
Speech and Language Therapy service dates
2023-24

8/25 - lunch w/ Patrick
9/5 - lunch w/ Patrick
9/8 - speech
9/22 - speech
9/29 - speech
10/6 - SF out sick
10/13 - PD
10/20 - speech
10/27 - speech
11/3 - SF out sick
11/10 - PD
11/17 - speech
12/1 - speech
12/8 - speech
12/15 - speech
12/22 - absent
1/19 - speech
1/26 - speech
2/2 - SF out sick
2/9 - speech
2/16 - PD
2/23 - speech
2/27 - absent
2/29 - speech
3/1 - left school after assembly
3/4- speech
3/8 - PD
3/15 - absent
4/5 - absent
4/12 - absent
4/19 - absent
4/26 - PD
5/3 - absent
5/8 - student withdrew