UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTIE HENKE and RICH HENKE
ex rel. P.H.,

    Plaintiffs,

v.

EAST LANSING PUBLIC SCHOOLS and
INGHAM INTERMEDIATE SCHOOL
DISTRICT,

    Defendants.
_____/

Case No. 1:25-cv-680

Hon. Hala Y. Jarbou

# ORDER

The Court ordered Plaintiffs Christie and Rich Heinke to show cause for filing their original complaint (ECF No. 5), brought on behalf of their minor child P.H., pseudonymously without first obtaining a protective order from the Court.  On July 11, Plaintiffs filed an amended complaint (ECF No. 8) compliant with Federal Rule of Civil Procedure 5.2(a), which *requires* minors—but not their parents or next friends—to be referred to by their initials in all court filings by default.  *See Doe v. Boland*, No. 21-3517, 2022 WL 2053256, at *2 (6th Cir. Mar. 2, 2022).  Now that P.H.'s "co-plaintiff guardians" are "named," the "adequate notice" that the presumption against pseudonymity is meant to ensure has been provided without sacrificing P.H.'s "compelling interest in preserving their anonymity." *Id.* at *2–3.  Accordingly,

**IT IS ORDERED** that the Court's show cause order (ECF No. 18) is **VACATED**.

Dated: July 21, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE