AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| C.H. and R.H. o/b/o P.H., <br><br> *Plaintiff(s)* <br> v. <br> EAST LANSING PUBLIC SCHOOLS and INGHAM INTERMEDIATE SCHOOL DISTRICT <br><br> *Defendant(s)* | Civil Action No. 1:25-CV-680 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EAST LANSING PUBLIC SCHOOLS
501 BURCHAM DRIVE
EAST LANSING, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ELIZABETH K. ABDNOUR
MEGAN N. MITCHELL
JACQUELYN KMETZ
ABDNOUR WEIKER, LLP
325 E. GRAND RIVER AVE., STE. 250
EAST LANSING, MI 48823

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/23/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-CV-680

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* East Lansing Public Schools
was received by me on *(date)* July 29th, 2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dori Leyko , who is designated by law to accept service of process on behalf of *(name of organization)* East Lansing Public Schools on *(date)* 8-4-2025 10:24 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 119.26 for travel and $ 90 for services, for a total of $ 209.26 .

I declare under penalty of perjury that this information is true.

Date: 8-4-2025

_____
Server's signature

Chris Arseneault   process server
Printed name and title

8112 Continental Warren MI 48089
Server's address

Additional information regarding attempted service, etc: