**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

| | |
|---|---|
| CHRISTI HENKE and RICH HENKE o/b/o P.H., | |
| Plaintiff/Appellants/Petitioners, | Case No. 1:25-cv-680 |
| vs. | Hon. Hala Y. Jarbou |
| EAST LANSING PUBLIC SCHOOLS and INGHAM INTERMEDIATE SCHOOL DISTRICT, | **DEFENDANT INGHAM INTERMEDIATE SCHOOL DISTRICT'S MOTION TO DISMISS** |
| Defendants/Appellees/Respondents. | |

---

Elizabeth K. Abdnour (P78203)
Megan N. Mitchell (P87213)
Jacquelyn Kmetz (P83575)
ABDNOUR WEIKER LLP
*Attorneys for Plaintiffs*
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
megan@education-rights.com
jacquelyn@education-rights.com

Jordan M. Bullinger (P72441)
CLARK HILL PLC
*Attorneys for Defendant Ingham ISD*
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1146
jbullinger@clarkhill.com

---

Erin H. Walz (P55484)
THRUN LAW FIRM, P.C.
*Attorneys for Defendant*
*East Lansing Public Schools*
2900 West Rd., Suite 400
P.O. Box 2575
East Lansing, MI 48826-2575
(517) 374-8830
ewalz@thrunlaw.com

---

## DEFENDANT INGHAM INTERMEDIATE SCHOOL DISTRICT'S MOTION TO DISMISS

### ***ORAL ARGUMENT REQUESTED***

NOW COMES Defendant, Ingham Intermediate School District, by and through its attorneys, Clark Hill PLC, and hereby moves to dismiss Plaintiff P.H.'s complaint appealing a decision in favor of the ISD under the Individuals with Disabilities Education Act ("IDEA") under Federal Rules of Civil Procedure 12(b)(1) and (6) and in support states as follows:

1. Plaintiff filed a due process complaint against Defendant/Appellee/Respondent Ingham Intermediate School District ("IISD") and East Lansing Public Schools on December 2, 2024. **Exhibit A, Plaintiff's Complaint and Request for Due Process Hearing.**

2. Respondent IISD filed a motion to dismiss Plaintiff's complaint on December 13, 2024, arguing that the IISD is not a proper party and that retaining the IISD as a party contravened federal and state law. **Exhibit B, IISD's Motion to Dismiss.**

3. The Administrative Law Judge issued a Decision and Order on January 30, 2025, granting the IISD's Motion to Dismiss holding that the IISD is not required to provide FAPE to the Student. **Exhibit C, Order Granting IISD's Motion to Dismiss.**

4. An appeal from an adverse due process decision must be filed within 90 days of the date of the decision under Federal law and Michigan law. *Northport Pub. Sch. v. Woods*, No. 1:11-CV-982, 2013 WL 435962, at *2 (W.D. Mich. Feb. 4, 2013) (citing Mich. Admin. Code R. 340.1724f(7) (now R. 340.1724(4))); 20 U.S.C. § 1415(i)(2)(B). **Exhibit D, copy of *Northport Pub. Sch. V. Woods*.**

5. The deadline for Plaintiff to appeal the ALJ's decision granting the IISD's Motion to Dismiss was April 30, 2025.

6. Plaintiff filed her appeal with this Court on June 20, 2025, beyond the 90-day deadline to appeal the ALJ's decision.

7. Count I is against the IISD claiming that ALJ St. John improperly dismissed the IISD as a Respondent and the due process proceeding must be dismissed because this Court lacks subject matter jurisdiction over the claim. Fed. R. Civ. P. 12(b)(1). *Northport*, *supra*; *Maynard v. D.C.*, 579 F. Supp. 2d 137, 140 (D.D.C. 2008).

8. Plaintiff's appeal against the IISD must also be dismissed because the IISD is not a proper party to the suit as explained in Defendant's Brief in Support of its Motion to Dismiss.

9. The undersigned counsel certifies, that on September 17, 2025, counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion, seeking concurrence in the relief requested. Plaintiffs do not concur.

WHEREFORE Defendant/Appellee/Respondent Ingham ISD requests that this Court dismiss Plaintiff's appeal for lack of subject matter jurisdiction.

Respectfully submitted,

Dated:  September 22, 2025        By:    */s/ Jordan M. Bullinger*
                                         Jordan M. Bullinger (P72441)
                                         Clark Hill PLC
                                         *Attorneys for Defendant Ingham ISD*