UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTI HENKE, et al.,

      Plaintiffs,                        Case No. 1:25-cv-00680-HYJ-PJG

     v.                                 Hon. Hala Y. Jarbou

EAST LANSING PUBLIC SCHOOLS, et al.,

      Defendants.
_____/

## ORDER RESCHEDULING RULE 16 CONFERENCE

       The Rule 16 Conference set in this matter for October 22, 2025 is rescheduled to October 30, 2025 at 01:30 PM with Magistrate Judge Phillip J. Green, by video.  The joint status report has been filed.  In all other respects, the original Order Setting Scheduling Conference remains in effect.

       IT IS SO ORDERED.


Dated:  October 24, 2025                       /s/ Phillip J. Green
                                                     PHILLIP J. GREEN
                                                     U.S. Magistrate Judge