# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:25-cv-00680-HYJ | 10/30/2025 | 1:35 - 1:55 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Henke et al v. East Lansing Public Schools et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Megan Nicole Marie Mitchell | Plaintiffs |
| Erin H. Walz | Defendant East Lansing Public Schools |
| Jordan Michael Bullinger | Defendant Ingham Intermediate School District |

## PROCEEDINGS

**NATURE OF HEARING:**

Rule 16 Scheduling Conference held via Zoom; CMO to issue

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema