**EXHIBIT A**



GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF EDUCATION
LANSING

MICHAEL F. RICE, Ph.D.
STATE SUPERINTENDENT

### MEMORANDUM

**DATE:** March 6, 2025

**TO:** ISD Directors of Special Education

**FROM:** Teri L. Rink, Ed.S., Director
MDE Office of Special Education

**SUBJECT:** Clarification on ISD Roles and Responsibilities in Due Process and IDEA Compliance

This memo is intended to address two issues for clarification.
1. The intermediate school districts (ISD) as subrecipients of the IDEA grant have an obligation for ***ensuring*** the provision of a Free Appropriate Public Education (FAPE) in the Least Restrictive Environment (LRE).
2. Dismissing the ISDs from a due process proceeding in their role as subrecipient is consistent with due process hearing procedures.

I'm reaching out to provide clarification on concerns we've recently become aware of regarding ISDs being named in a due process hearing and later dismissed upon review by the assigned Administrative Law Judge (ALJ). It is important to note there are specific issues within the jurisdiction of an ALJ as part of the due process hearing procedures. Those issues are limited to identification, evaluation, placement and the provision of a FAPE. The Michigan Department of Education Office of Special Education (MDE OSE) is in support of the ALJ action to dismiss the ISDs from due process hearing proceedings when both a member district and the ISD are alleged to have failed in the provision of services.

In a recent due process decision, the ALJ inaccurately stated the MDE "position" that "in Michigan ISDs are responsible for *providing* FAPE as LEAs." To be clear, MDE OSE has stated, consistent with the IDEA grant conditions, in their role of subrecipient of the IDEA formula grant, the ISD is responsible for ENSURING the provision of a FAPE. Ensuring the provision of FAPE is different than the obligation for the provision of programs and services. The provision of programs and services is the responsibility of any public agency responsible for public education and specifically for the education of students with disabilities.

**STATE BOARD OF EDUCATION**

PAMELA PUGH – PRESIDENT • ELLEN COGEN LIPTON / TIFFANY D. TILLEY – CO-VICE PRESIDENTS
JUDITH PRITCHETT – SECRETARY • MARSHALL BULLOCK II – TREASURER
MITCHELL ROBINSON – NASBE DELEGATE • TOM MCMILLIN • NIKKI SNYDER

608 WEST ALLEGAN STREET • P.O. BOX 30008 • LANSING, MICHIGAN 48909 • WWW.MICHIGAN.GOV/MDE • 833-633-5788

Page 2
March 6, 2025

In this instance, the responsibility for the provision of FAPE rests with the member districts. The responsibility for the provision of FAPE rests with the ISDs only when they are functioning as the operating district.

MDE OSE is in the process of clarifying this issue in coordination with the Michigan Office of Administrative Hearings and Regulations (MOAHR).

There are a multitude of nuances with this issue, which requires more consideration. Some ISDs provide staff in their member districts who oversee programs and/or deliver programs and services. Due process hearing decisions where allegations of noncompliance are identified will be issued to the member district. Whether staff are member district staff or ISD personnel is irrelevant to the decision.

Many ISDs serve two roles under IDEA and Michigan Administrative Rules for Special Education (MARSE). In their first role, all ISDs are subrecipients of the IDEA grant funds, therefore, all ISDs are responsible for ensuring the provision of FAPE in the LRE for students with disabilities enrolled in member districts within their jurisdiction. See OSEP guidance issued July 2023. Some ISDs have a second role in that they are also responsible for the provision of a FAPE in the LRE, however, this only applies for programs operated by the ISD where individualized education programs (IEP) are being implemented on behalf of a member district.

State complaint investigations are different and must look with a broad scope. MDE OSE will address this issue at the upcoming Special Education Instructional Leadership Network (SEILN) meeting.

The MDE OSE team will be happy to discuss these issues with you further at the next SEILN meeting planned for Tuesday, March 18, 2025. In the meantime, if any of you would like to speak with me about these issues prior to the meeting, please feel free to email me at rinkt1@michigan.gov or call my cell at 517-489-6676.