UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Christi Henke** and **Rich Henke** o/b/o **P.H.**, <br><br> Plaintiffs/Appellants/Petitioners, <br><br> v. <br><br> **EAST LANSING PUBLIC SCHOOLS** and **INGHAM INTERMEDIATE SCHOOL DISTRICT**, <br><br> Defendants/Appellees/Respondents. | Case No.: 1:25-cv-680 <br><br> Hon. Hala Y. Jarbou <br><br> Mag. Phillip J. Green |

| | |
|---|---|
| Elizabeth K. Abdnour (P78203) <br> Megan N. Mitchell (P87312) <br> Jacquelyn Kmetz (P83575) <br> ABDNOUR WEIKER LLP <br> 325 E. Grand River Ave. Ste. 250 <br> East Lansing, MI 48823 <br> (517) 994-1776 <br> liz@education-rights.com <br> megan@education-rights.com <br> jacquelyn@education-rights.com <br><br> *Attorneys for Petitioners* | Erin H. Walz (P55484) <br> Cathleen M. Dooley (P86148) <br> Michele R. Eaddy (P41871) <br> THRUN LAW FIRM, P.C. <br> P.O. Box 2575 <br> East Lansing, MI 48826-2575 <br> ewalz@thrunlaw.com <br> cdooley@thrunlaw.com <br> meaddy@thrunlaw.com <br> *Attorneys for Respondent East Lansing Public Schools* <br><br> Jordan M. Bullinger (P72441) <br> Mary C. Bradley (P85784) <br> 200 Ottawa Ave. NW, Suite 300 <br> Grand Rapids, MI 49503 <br> (616) 608-1146 <br> jbullinger@clarkhill.com <br> mbradley@clarkhill.com <br> *Attorneys for Respondent Ingham ISD* |

## **PLAINTIFFS NOTICE REGARDING ADDITIONAL EVIDENCE AND DISCOVERY**

COME NOW the Plaintiffs, Christi Henke and Rich Henke, on behalf of their minor son, P.H. and hereby file this notice regarding additional evidence and discovery pursuant to the court's

case management order conveyed to the parties on October 30, 2025. Plaintiffs **do not** intend to introduce additional evidence or engage in discovery pursuant to 20 U.S.C. §1415)(2)(C).

Dated: November 10, 2025

Respectfully Submitted,

    */s/ Megan N. Mitchell,*
    Megan N. Mitchell (P87312)
    Elizabeth K. Abdnour (P78203)
    Jacquelyn Kmetz (P83575)
    ABDNOUR WEIKER LLP
    325 E. Grand River Ave. Ste. 250
    East Lansing, MI 48823
    P: (517) 994-1776
    F: (614) 417-5081
    liz@education-rights.com
    jacquelyn@ education-rights.com
    megan@education-rights.com