UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTI HENKE, et al.,

    Plaintiffs,

v.                                            Case No. 1:25-cv-00680-HYJ-PJG

EAST LANSING PUBLIC SCHOOLS, et al.,    Hon. Hala Y. Jarbou

    Defendants.

_____/

## CASE MANAGEMENT ORDER

| | |
|---|---|
| The Administrative Record is to be provided to all parties no later than: | DECEMBER 12, 2025 |
| Motions seeking leave of Court to supplement the record with additional evidence or to provide notice of intent not to seek to supplement the record are to be filed no later than: | NOVEMBER 24, 2025 |
| Motions seeking leave to conduct limited discovery regarding supplementation of the record are to be filed no later than: | NOVEMBER 24, 2025 |
| Objections to the Administrative Record are to be filed no later than: | JANUARY 12, 2026 |
| The Administrative Record is to be filed no later than: | FEBRUARY 12, 2026 |
| The parties shall file cross motions for judgment no later than:<br>-Responses due within 28 days of the filing of the motion<br>-Replies due within 14 days of the filing of the response | APRIL 13, 2026 |

    1.       Plaintiffs are not entitled to a jury trial.

    2.       This matter will be decided on cross motions for judgment.

    3.       The Court will determine whether it is necessary to amend this Case Management Order.

**IT IS ORDERED.**

- 2 -

Dated: November 12, 2025                                   /s/ Phillip J. Green
                                                                                        PHILLIP J. GREEN
                                                                                        United States Magistrate Judge