UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTI HENKE and
RICH HENKE *ex rel.* P.H.,

    Plaintiffs,

v.

EAST LANDING PUBLIC SCHOOLS and
INGHAM INTERMEDIATE SCHOOL
DISTRICT,

    Defendants.
_____/

Case No. 1:25-cv-680

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered today,

**IT IS ORDERED** that Ingham Intermediate School District's motion to dismiss (ECF No. 13) is **DENIED**.

Dated: December 17, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE