**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTI HENKE, et al..                        Case No.: 1:25-cv-00680-HYJ-PJG

      Plaintiff/Appellant/Petitioner,        Hon. Hala Y. Jarbou

v.                                                              Mag. Phillip J. Green

EAST LANSING PUBLIC SCHOOLS, et al.

      Defendants/Appellees/Respondents.

---

### STIPULATION AND ORDER TO EXTEND
### TIME TO FILE MOTIONS FOR JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff, Defendant East Lansing Public Schools, and Defendant Ingham Intermediate School District, that the deadline for the parties to file motions for judgment in the above captioned case shall be extended from April 13, 2026, to April 27, 2026.

The Parties respectfully request this extension and modification of the prior order for the following reasons. Plaintiff's Counsel Elizabeth Abdnour has been spending a significant time in North Carolina, assisting her sister who has been recently diagnosed with cancer. Plaintiff's Counsel Megan Mitchell has just returned from a previously-scheduled 30-day leave of absence. Plaintiff's Counsel Jacquelyn Kmetz has also just returned from maternity leave. Given the return of both Counsel Kmetz and Mitchell, there should be no need for any additional extension requests.

No Party will be prejudiced by adjourning the hearing and extending the deadlines in this matter.

**IT IS SO STIPULATED** on April 7, 2026.

<table>
<tr>
<td>

*s/ Jacquelyn Kmetz*
Elizabeth Abdnour (P78203)
Megan N. Mitchell (P87213)
Jacquelyn Kmetz (P83575)
Abdnour Weiker, LLP
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
megan@education-rights.com
jacquelyn@education-rights.com
*Attorneys for Petitioner*

</td>
<td>

*/s/ Erin Walz* (w/ permission)
Erin H. Walz (P55484)
Thrun Law Firm, P.C.
2900 West Rd., Suite 400
P.O. Box 2575
East Lansing, MI 48826-2575
(517) 374-8830
ewalz@thrunlaw.com
*Attorneys for Defendant*
*East Lansing Public Schools*


*/s/ Jordan Bullinger* (w/ permission)
Jordan M. Bullinger (P72441)
Clark Hill, PLC
200 Ottawa Ave NW, Suite 500
Grand Rapids, MI 49503
(616) 608-1146
jbullinger@clarkhill.com
*Attorneys for Defendant*
*Ingham Intermediate School District*

</td>
</tr>
</table>

**IT IS SO ORDERED.**

Dated:  April 8, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge