**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **CHRISTI HENKE and RICH HENKE o/b/o P.H.,**<br><br>        Plaintiff,<br><br>v.<br><br>**EAST LANSING PUBLIC SCHOOLS and INGHAM INTERMEDIATE SCHOOL DISTRICT,**<br><br>        Defendants. | Case No.: 1:25-cv-680<br><br>Hon. Hala Y. Jarbou<br><br>**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

| | |
|---|---|
| Elizabeth Abdnour (P78203)<br>Megan N. Mitchell (P87213)<br>Jacquelyn Kmetz (P83575)<br>ABDNOUR WEIKER, LLP<br>325 E. Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(517) 994-1776<br>liz@education-rights.com<br>megan@education-rights.com<br>jacquelyn@education-rights.com<br><br>*Attorneys for Plaintiffs* | Erin H. Walz (P55484)<br>THRUN LAW FIRM, P.C.<br>2900 West Rd., Suite 400<br>P.O. Box 2575<br>East Lansing, MI 48826-2575<br>(517) 374-8830<br>ewalz@thrunlaw.com<br><br>*Attorneys for Defendant East Lansing Public Schools*<br><br>Jordan M. Bullinger (P72441)<br>CLARK HILL, PLC<br>200 Ottawa Ave. NW, Suite 500<br>Grand Rapids, MI 49503<br>(616) 608-1146<br>jbullinger@clarkhill.com<br><br>*Attorneys for Defendant Ingham Intermediate School District* |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Brief, Plaintiffs Christi Henke and Rich Henke respectfully move for an order granting summary judgment under Federal Rule of Civil Procedure 56, granting all claims and granting any such further relief as the Court deems just and appropriate.

Pursuant to Local Rule 7.1(d), Plaintiffs' counsel sought Defendants' counsel's concurrence with this Motion. Defendants' counsel advised that Defendants oppose the Motion.

Dated: April 27, 2026

Respectfully submitted,
ABDNOUR WEIKER, LLP

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour (P78203)
Megan N. Mitchell (P87213)
Jacquelyn Kmetz (P83575)
325 E. Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 994-1776
liz@education-rights.com
megan@education-rights.com
jacquelyn@education-rights.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing document with the Clerk of Court using the Court's ECF system, which will send notification of such filing to all counsel of record.

*/s/ Elizabeth K. Abdnour*
Elizabeth K. Abdnour

2