UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTI HENKE *ex rel.* P.H., et al.,

Plaintiffs,

v.

EAST LANSING PUBLIC SCHOOLS, et al.,

Defendants.

______________________________/

Case No. 1:25-cv-680

Hon. Hala Y. Jarbou

**ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendants' motions for adjudication on the administrative record (ECF Nos. 32, 34) are **GRANTED**. The Court will dismiss Plaintiffs' claims against both Defendants.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for adjudication on the administrative record (ECF No. 35) is **DENIED**.

A judgment will enter in accordance with this Order.

Dated: September 23, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE