UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTI HENKE *ex rel.* P.H., et al.,

Plaintiffs,

Case No. 1:25-cv-680

v.

Hon. Hala Y. Jarbou

EAST LANSING PUBLIC SCHOOLS,
et al.,

Defendants.
_______________________________/

# JUDGMENT

In accordance with the order and opinion entered this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED**.

Dated: September 23, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE